# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

Coffey

    Plaintiff,

vs.

Buckeye Shaker Square
Development Corporation, et al

    Defendant.

Case Number:  1:18-cv-02675-CAB

Judge:  Christopher A. Boyko

## CERTIFICATE OF MAILING

Pursuant to Local Rule 4.2(c), I hereby certify that a copy of the summons and complaint was sent by ordinary mail this 16th day of April, 2019 to:

Ken Johnson
2948 Hampton Road
Cleveland, OH 44120

Sandy Opacich

Clerk of Court

By: s/ *s/ Cylenthia Woodford*

