The Office of the Clerk
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

7015 1520 0002 0893 3107



Ken Johnson
2948 Hampton Road
Cleveland OH 44120-4747

-R-T-S-  441204205-1N       03/18/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

1:18cv2475

FILED

**PLAINTIFF'S EXHIBIT 2**

**CERTIFIED MAIL**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Ken Johnson<br>2948 Hampton Road<br>Cleveland OH 44120-2747 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4703 8323 9110 16 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 1520 0002 0893 3107 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053  1:18CV2675 | Domestic Return Receipt |

The Office of the Clerk
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

7015 1520 0002 0893 3114

$6.800
US POSTAGE
FIRST-CLASS
FROM 44113
FEB 22 2019
stamps

1:18cv 2675

Garnell Jamison
3246 E. 140th Street
Cleveland OH 44120-3233

-R-T-S- 441204205-1N   03/18/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED
MAR 25 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

LW
2/23/19
FILED

CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**CERTIFIED MAIL**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Garnell Jamison<br>3246 E. 140th Street<br>Cleveland, OH 44120-3233 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4703 8323 9109 89 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 1520 0002 0893 3114 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    1:18CV2675    Domestic Return Receipt