

## Search

City: Entire County    Search By: ( ) Owner    ( ) Parcel    (•) Address    [14405066 | JOHNS...]  🔍

[View Map]

### PROPERTY DATA

- General Information
- Transfers
- Values
- Land
- Building Information
- Building Sketch
- Other Improvements
- Permits
- Property Summary Report

### TAXES

- Tax Bill
- View/Pay Tax Bill

### LEGAL RECORDINGS

- Get a Document List

### ACTIVITY

- Informal Reviews
- Board of Revisions Cases

144-05-066
JOHNSON KENNETH L
2948 HAMPTON RD
CLEVELAND, OH. 44120

[Field Definitions]

# General Information

| | | | |
|---|---|---|---|
| **Legal Description** | S/L PCL A VOL 340 PG 76 F 136.19 D 162.41 AC .372 OL 430 & 438\u000d\u000aAdditional Parcel 144-05-067\u000d\u000a | **Tax District Description** | Cleveland/Shaker |
| **School District** | SHAKER HEIGHTS | **Property Class** | R |
| **Land Use** | 5100 - 1-FAMILY PLATTED LOT | **Exd Land Use** | - |
| **Abt Land Use** | - | **Tax Abatement** | |
| **Neighborhood Code** | 01117 | **Total Associated Parcels** | |
| **Total Buildings** | 1 | **Gas** | Y |
| **Road Type** | PAVED | **Electricity** | Y |
| **Sewer** | SANITARY & STORM | **Water** | MUNICIPAL |
| **Forest Land** | N | **Mineral Rights** | N |
| **Zoning Use** | 1FAMILY DET <10000 | | |

## Associated Parcels

1. 144-05-065

[View Map]

**PLAINTIFF'S EXHIBIT 1**

Disclaimer: Cuyahoga County provides this geographic data and related analytical results as a free public service on an "as is" basis. Cuyahoga County makes no guarantee(s) or warranty(ies) as to the accuracy, completeness, or timeliness of the information contained herein, and said information is not intended to, nor does it, constitute an official public record of Cuyahoga County. While much of the data contained herein is compiled from public records, the official records of the public office or agency from which they were compiled remains the official record of any such public office or agency. **By accessing, viewing or using any part of the site, you expressly acknowledge you have read, agree to and consent to be bound by all of the terms and conditions listed on this site. Routine maintenance is performed on Fridays and disruptions may occur. We apologize for any inconvenience.**

WATER DEPARTMENT OFFICIALS SHOULD **NOT** RELY ON THIS SITE TO DETERMINE OWNERSHIP FOR CREATING NEW ACCOUNTS OR CLOSING EXISTING ONES. THE DEED OF RECORD WITH THE COUNTY FISCAL OFFICER, TRANSFER AND RECORDING DEPARTMENT SHOULD BE USED FOR PROOF OF OWNERSHIP. To search for recorded documents, click here.