[skip to main content](#)

Print

# CASE INFORMATION

## CR-17-616645-A   THE STATE OF OHIO vs. GARNELL JAMISON

### General Information

**Name:** GARNELL JAMISON
**Defendant ID:** 13892350
**Def Status:** DEFN LVJAIL
**Marital Status:** N/A
**Birth City:** N/A
**Birth State:** N/A
**Citizenship:** USA

### Address Information

**Address:** 3246 E 140TH ST
**Line 2:** N/A
**City, State, Zip:** CLEVELAND, OH 44120-0000

### Alias Information

| Name | DOB |
|---|---|
| GARNELL A JAMINSON JR | |

### Identifying Characteristics

**Race:** BLACK
**Height:** N/A
**Sex:** MALE



PLAINTIFF'S EXHIBIT 2

| | |
|---|---|
| **Weight:** | N/A |
| **Age:** | 31 |
| **Eyes:** | N/A |
| **DOB:** | 12/18/1987 |
| **Hair:** | N/A |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
[Website Questions or Comments](#).
Copyright © 2019 [PROWARE](#). All Rights Reserved. 1.1.229