# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN COFFEY, | ) | CASE NO. 1:18CV2675 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BUCKEYE SHAKER SQUARE DEVELOPMENT CORP., et al., | ) ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

This matter comes before the Court upon the Motion (ECF DKT #20) of Defendants Kenneth L. Johnson and Garnell Jamison for Leave to File Answer Instanter.

Upon consideration of Defendants' filing, Defendants' Motion is denied. The Court finds that the explanation for failing to answer the Complaint is insufficient.

Should Defendants re-file their Motion for Leave, the Court requires each Defendant to submit an affidavit in support which demonstrates excusable neglect as provided in Fed.R.Civ.P. 6(b).

**IT IS SO ORDERED.**

DATE: 8/1/19

_Christopher A. Boyko_
**CHRISTOPHER A. BOYKO**
**United States District Judge**