UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BRIAN COFFEY,** | ) | **CASE NO. 1:18CV2675** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BUCKEYE SHAKER SQUARE** | ) | |
| **DEVELOPMENT CORP., et al.,** | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J.**:

On October 29, 2019, the Court granted Defendant Kenneth L. Johnson and Defendant Garnell Jamison leave to answer the Complaint. (ECF DKT #28). Further, upon review of the briefing in this matter, the Court notes that Plaintiff suggests giving said Defendants the opportunity to be included in and/or to contribute to the proposed class.

Therefore, on or before November 15, 2019, Plaintiff shall inform the Court of the status of the proposed settlement and the impact, if any, of the recent participation of additional Defendants.

**IT IS SO ORDERED.**

**DATE: November 1, 2019**

                                                    **s/Christopher A. Boyko**
                                                    **CHRISTOPHER A. BOYKO**
                                                    **United States District Judge**